AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Katherine Griffin

**SUMMONS IN A CIVIL ACTION**

V.

Goldman, Sachs & Co. and Sofia Frankel

CASE NUMBER:

08 CV 2992

TO: (Name and address of Defendant)

Sofia Frankel
Lehman Brothers Inc.
1111 Brickell Avenue
Miami, FL 33131

Goldman, Sachs & Co.
85 Broad Street
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dan Brecher, Esq.
Law Offices of Dan Brecher
99 Park Avenue, 16th Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 4 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE   4/30/2008 |
| NAME OF SERVER *(PRINT)*   JOLANTYNA CAGNEY | TITLE   PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: IN THE LOBBY OF 165 BROADWAY, NEW YORK, NEW YORK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/12008
             Date

*Signature of Server*

JOLANTYNA CAGNEY (116-9105)
419 PARK AVE.SO., NEW YORK, N.Y.10016

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.