AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Katherine Griffin

V.

Goldman, Sachs & Co. and Sofia Frankel

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 2992

TO: (Name and address of Defendant)

Sofia Frankel
Lehman Brothers Inc.
1111 Brickell Avenue
Miami, FL  33131

Goldman, Sachs & Co.
85 Broad Street
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dan Brecher, Esq.
Law Offices of Dan Brecher
99 Park Avenue, 16th Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 4 2008

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                       *Signature of Server*

                            _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


609756

| | |
|---|---|
| **U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK** | INDEX NO: 2992/08<br>FILE DATE:<br>ATTY:  DAN BRECHER<br>99 PARK AVENUE 16TH FLOOR<br>NEW YORK,, NY  10016 |

**STATE OF NEW YORK: COUNTY OF NEW YORK**

EPS No: 586583
Attorney File No:
Batch No: 0

**KATHERINE GRIFFIN**                                                                                       Plaintiff(s)

- against -

**GOLDMAN, SACHS & CO. & SOFIA FRANKEL**                                         Defendant(s)

---

### STATE OF NEW YORK, COUNTY OF QUEENS: SS:
ROBERT CRANDALL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 4/17/2008 at 4:58PM at 85 BROAD STREET, NEW YORK, NY 10004, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on GOLDMAN, SACHS & CO.. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### CORPORATION
By delivering to and leaving with GOLDMAN, SACHS & CO. and that the deponent knew the person so served to be the GENERAL AGENT, DAVID "DOE", AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: **37** | Approximate weight: **180** | Approximate height: **6'0"** |
| Color of skin: **WHITE** | Color of hair: **BLACK** | Sex: **M** |

Sworn to before me on  4/18/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.  
COUNTY: NEW YORK

INDEX NO:   2992/08

_____X

KATHERINE GRIFFIN

Plaintiff(s)

- against -

GOLDMAN, SACHS & CO. & SOFIA FRANKEL

Defendant(s)

_____X

## AFFIDAVIT OF SERVICE

DAN BRECHER  
Attorney for Plaintiffs  
99 PARK AVENUE 16TH FLOOR  
NEW YORK,, NY 10016  
212-286-0747  
212-808-4155

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001