McKenna, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
KATHERINE GRIFFIN, individually and as
trustee of the Katherine Griffin Living Trust,

              Plaintiff,

    v.

GOLDMAN, SACHS & CO. and
SOFIA FRANKEL,

             Defendants.
-------------------------------------------------------- x

08 CV 2992 (LMM)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff, Katherine Griffin, individually and as Trustee of the Katherine Griffin Living Trust, and defendants, Goldman, Sachs & Co. and Sofia Frankel, that:

        1.    The time within which defendants may answer, move, or otherwise respond to the Complaint in this action shall be extended to and including June 3, 2008.

        2.    Defendants will not contest the adequacy of service of the Complaint.

Dated:    New York, New York
             May 16, 2007

| LAW OFFICES OF DAN BRECHER | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: _____ | By: _____ |
| Dan Brecher, Esq. (DB 5308) | Michael J. Dell (MD 7714) |
| Law Offices of Dan Brecher | Karen Steinberg Kennedy (KK 0357) |
| 99 Park Avenue, 16th Floor | 1177 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036 |
| Tel: (212) 286-0747 | Tel: (212) 715-9100 |
| Attorneys for Plaintiff Katherine Griffin, individually and as Trustee of the Katherine Griffin Living Trust | Attorneys for Defendants Goldman, Sachs & Co. and Sofia Frankel |

KL3 2657992.1

SO ORDERED this 2/ day
of May, 2008.

_____
Hon. Lawrence M. McKenna
United States District Judge

KL3 2657952 1