UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
KATHERINE GRIFFIN, individually and as
trustee of the Katherine Griffin Living Trust,

                              Plaintiff,

            v.

GOLDMAN, SACHS & CO. and
SOFIA FRANKEL,
                        Defendants.
--------------------------------------------------------- x

08 CV 2992 (LMM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned attorneys hereby appear as counsel for defendants Goldman, Sachs & Co. and Sofia Frankel in this action, and request that all papers be served on them. Michael J. Dell was admitted to practice before this Court on April 29, 1980 and has registered with this Court's ECF system. Karen Steinberg Kennedy was admitted to practice before this Court on April 4, 1995 and has registered with this Court's ECF system.

Dated:  New York, New York
          June 3, 2007

                                         /s/ Michael J. Dell
                                       Michael J. Dell (MD 7714)
                                     Karen Steinberg Kennedy (KK 0357)
                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                   1177 Avenue of the Americas
                   New York, New York 10036
                   (212) 715-9100
                   Attorneys for defendants Goldman, Sachs & Co.
                      and Sofia Frankel

KL3 2657952.1