UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KATHERINE GRIFFIN, individually and as
trustee of the Katherine Griffin Living Trust,

                 Plaintiff,

v.

GOLDMAN, SACHS & CO. and
SOFIA FRANKEL,

                 Defendants.

-------------------------------------------------------x

08 CV 2992 (LMM)

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Goldman, Sachs & Co. hereby makes the following disclosure: Goldman, Sachs & Co. is a wholly-owned subsidiary of The Goldman Sachs Group, Inc., which is a publicly traded corporation.

Dated: New York, New York
         June 3, 2007

                          /s/ Michael J. Dell
                        Michael J. Dell (MD-7714)
                     Karen Steinberg Kennedy (KK-0357)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Attorneys for defendants Goldman, Sachs & Co.
    and Sofia Frankel