UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KATHERINE GRIFFIN, individually and as : 
trustee of the Katherine Griffin Living Trust, :
: 08 CV 2992 (LMM)
Plaintiff, :
v. : ECF CASE
:
GOLDMAN, SACHS & CO. and : **NOTICE OF MOTION TO**
SOFIA FRANKEL, : **DISMISS THE COMPLAINT**
Defendants. :

------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the Declaration of Michael J. Dell, sworn to June 3, 2008, and the accompanying memorandum of law, defendants Goldman, Sachs & Co. and Sofia Frankel will move this Court, before the Honorable Lawrence M. McKenna, at the United States Court House, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing the complaint with prejudice and granting such other relief as the Court deems just and proper.

Dated: New York, New York
       June 3, 2008

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                              /s/ Michael J. Dell
                                      Michael J. Dell (MD-7714)
                                      Karen Steinberg Kennedy (KSK-0357)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 715-9100
                                    Attorneys for Defendants

To:    LAW OFFICES OF DAN BRECHER
          99 Park Avenue, 16th Floor
          New York, New York 10016
          Attorneys for Plaintiff

KL3 2648895.1