UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE GRIFFIN, individually and as trustee of the Katherine Griffin Living Trust,

Plaintiff,

- against -

GOLDMAN, SACHS & CO. and SOFIA FRANKEL,

Defendants.

+ ORDER
STIPULATION OF ADJOURNMENT

08 Civ. 2992 (LMM)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the date for Plaintiff to serve opposition papers to Defendants' Motion to Dismiss shall be extended from Friday, June 13, 2008 to Monday, June 30, 2008.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the date for Defendants to serve reply papers to Plaintiff's opposition papers shall be extended from Friday, June 20, 2008 to Friday, August 1, 2008.

The parties have not previously requested an extension with respect to Defendants' Motion to Dismiss. For the purpose of this stipulation, a facsimile signature of this stipulation will be deemed an original.

Dated: New York, New York
June 13, 2008

LAW OFFICES OF DAN BRECHER

Attorneys for Plaintiff
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 286-0747

By: _____
Dan Brecher, Esq.

KRAMER LEVIN NAFTALIS
& FRANKEL LLP

Attorneys for Defendants
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

By: _____
Michael J. Dell, Esq.

SO ORDERED: _____ 6/16/08
HON. LAWRENCE M. McKENNA, USDJ