LAW OFFICES
of
# DAN BRECHER

99 Park Avenue, 16th Floor
New York, New York 10016
(212) 286-0747
Fax: (212) 808-4155
e-mail: brecherlaw@compuserve.com

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6/25/08

Dan Brecher
___
Kenneth C. Oh
Kimberly D. Reilly
Eric I. Robins

June 24, 2008

**VIA MESSENGER**
Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  Griffin v. Goldman, Sachs & Co. and Sofia Frankel
     Southern District of New York - Index No. 08-cv-2992

Dear Judge McKenna:

Plaintiff seeks leave of this Court to file a brief in opposition to Defendants' Motion to Dismiss that contains thirty-five pages. The reasons for this request are as follows.

In moving to dismiss Plaintiff's claims against them, Defendants have misstated Plaintiff's allegations as set forth in the Complaint, have failed to cite clearly adverse New York federal and appellate New York State decisions, have boldly and incorrectly asserted incorrect underlying material facts, have cited to inapplicable law and have failed to acknowledge law which is clearly on point. Plaintiff represents to this Court that she is prepared to provide greater detail regarding such misstatements and incorrect citations to the law.

In Plaintiff's opposition memorandum, she will point to each of Defendant's material misstatements with particularity. Had the Defendants not engaged in misstating the allegations and misciting the law, these additional ten pages would not be needed.

For the above discussed reasons, Plaintiff respectfully seeks leave of this Court to file a brief in opposition to Defendants' Motion to Dismiss that contains thirty-five pages.

Granted. So
ordered.
L___ M.M.
LMM  6/25/08

Very truly yours,

Dan Brecher

cc:   Michael J. Dell, Esq.