**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

MICHAEL J. DELL
PARTNER
PHONE 212-715-9129
FAX 212-715-8000
MDELL@KRAMERLEVIN.COM

**MEMO ENDORSED**

July 30, 2008

BY HAND

Honorable Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Katherine Griffin v. Goldman, Sachs & Co. and Sofia Frankel*, No. 08 CV 2992 (LMM)

Dear Judge McKenna:

On behalf of Defendants Goldman, Sachs & Co. and Sofia Frankel in the above-captioned action, I write to request permission to submit a Reply Memorandum of up to 20 pages in further support of their motion to dismiss the complaint. Plaintiff requested and was given permission to submit a 35-page memorandum in response to the motion.

We have consulted with Mr. Brecher, counsel for Plaintiff, and he does not object to this request. Pursuant to an agreement among the parties, the Reply Memorandum is due on Friday, August 8, 2008.

Thank you for your consideration.

Respectfully yours,

Michael J. Dell

cc: Dan Brecher, Esq. (via fax)

*Approved + so ordered.*

*[signature] 7/30/08*