*McKenna*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
                                                    :
KATHERINE GRIFFIN, individually and as              :
trustee of the Katherine Griffin Living Trust,      :
                                                    :    08 CV 2992 (LMM)
                          Plaintiff,                :
                                                    :    **STIPULATION AND ORDER**
              v.                                    :
                                                    :
GOLDMAN, SACHS & CO. and                            :
SOFIA FRANKEL,                                      :
                          Defendants.               :
—————————————————————— x

            IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

plaintiff, Katherine Griffin, individually and as Trustee of the Katherine Griffin Living Trust,

and defendants, Goldman, Sachs & Co. and Sofia Frankel, that the time within which defendants

may serve reply papers in further support of their Motion to Dismiss the Complaint shall be

extended from Friday, August 1, 2008 to Friday, August 8, 2008.

            For the purpose of this stipulation, a facsimile signature will be deemed an

original.

Dated:    New York, New York
          July 29, 2008

LAW OFFICES OF DAN BRECHER              KRAMER LEVIN NAFTALIS
                                          & FRANKEL LLP

By: _____             By: _____
     Dan Brecher, Esq. (DB 5308)             Michael J. Dell  (MD 7714)
Law Offices of Dan Brecher                   Karen Steinberg Kennedy (KK 0357)
99 Park Avenue, 16th Floor               1177 Avenue of the Americas
New York, New York  10016                New York, New York  10036
Tel: (212) 286-0747                      Tel: (212) 715-9100

Attorneys for Plaintiff Katherine Griffin,    Attorneys for Defendants Goldman, Sachs &
individually and as Trustee of the            Co. and Sofia Frankel
Katherine Griffin Living Trust

KL3 2619983.1

SO ORDERED this _4_ day
of _Aug._ , 2008.


_____
Hon. Lawrence M. McKenna
United States District Judge